

Exhibit "A"

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE | OMB APPROVED 2115-0110 |
|---|---|---|

OFFICIAL NUMBER: 1209706   NAME OF VESSEL: AURORA
HIN NUMBER: UNS65M01A808   IMO NUMBER:
VESSEL BUILT AT: CHIUDUNO, ITALY
(AND) _____ IN 2008
BY UNIESSE MARINE SRL

FOR YACHTING REVOLUTION LTD
FOR
BUILDER'S CERTIFICATE DATED 01/02/2008
TITLE ASSIGNED TO

INSTRUMENT TYPE
**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | FEBRUARY 8, 2008 | $1,960,000.00 | 627488 | 8509130 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| MARCH 06, 2008 | 11:36 AM | RECORDED |

MORTGAGOR
YACHTING REVOLUTION LTD

MORTGAGEE
PROVIDENT BANK OF MARYLAND
7210 AMBASSADOR ROAD
BALTIMORE MARYLAND 21244

ISSUED AS AN ABSTRACT OF TITLE AS OF

DATE: 01/24/2020   TIME: 6:30 AM

*Christna G. Washbu* (signature)
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION MAY BE USED                    Page 1 of 1