

Exhibit B

| Customer | Tran Date | Due Date | Description | Invoice Balance |
|---|---|---|---|---|
| YACHTING REVOLUTION, LTD - EMAIL | 6/17/2017 | 6/17/2017 | Invoice (185025) | $1,049.55 |
| YACHTING REVOLUTION, LTD - EMAIL | 8/5/2017 | 8/5/2017 | Data Migratin Debit (FINCHG 8/17-91) | $30.38 |
| YACHTING REVOLUTION, LTD - EMAIL | 8/28/2017 | 8/28/2017 | Invoice (186099) | $0.04 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/5/2017 | 9/5/2017 | Data Migratin Debit (FINCHG 9/17-99) | $30.38 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/9/2017 | 9/9/2017 | Invoice (186704) | $13,058.60 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/16/2017 | 9/16/2017 | Oct Invoice | $21,753.94 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/23/2017 | 9/23/2017 | Oct Invoice | $33,491.06 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/25/2017 | 9/25/2017 | Oct Invoice | $149.49 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/30/2017 | 9/30/2017 | Oct Invoice | $27,894.85 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/7/2017 | 10/7/2017 | Oct Invoice | $22,152.81 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/14/2017 | 10/14/2017 | Oct Invoice | $17,015.86 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/21/2017 | 10/21/2017 | Nov Invoice | $21,769.44 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/23/2017 | 10/23/2017 | Oct Invoice | $149.33 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/23/2017 | 10/23/2017 | Oct Invoice | $1,033.05 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/28/2017 | 10/28/2017 | Oct Invoice | $20,828.39 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/4/2017 | 11/4/2017 | Nov Invoice | $20,027.37 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/11/2017 | 11/11/2017 | Nov Invoice | $17,834.80 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/18/2017 | 11/18/2017 | Nov Invoice | $10,027.93 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/20/2017 | 11/20/2017 | Nov Invoice | $1,033.05 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/25/2017 | 11/25/2017 | Nov Invoice | $2,376.46 |
| YACHTING REVOLUTION, LTD - EMAIL | 12/18/2017 | 12/18/2017 | Dec Invoice | $1,033.05 |
| YACHTING REVOLUTION, LTD - EMAIL | 1/20/2018 | 1/20/2018 | Jan Invoice | $5,131.42 |
| YACHTING REVOLUTION, LTD - EMAIL | 3/9/2018 | 3/9/2018 | Mar Invoice | $27.77 |
| YACHTING REVOLUTION, LTD - EMAIL | 4/7/2018 | 4/7/2018 | Apr Invoice | $2,001.11 |
| YACHTING REVOLUTION, LTD - EMAIL | 4/19/2018 | 4/19/2018 | Apr Invoice | $717.99 |
| YACHTING REVOLUTION, LTD - EMAIL | 5/10/2018 | 5/10/2018 | Interest Charge assessed - 3684.95 | $3,684.95 |
| YACHTING REVOLUTION, LTD - EMAIL | 5/12/2018 | 5/12/2018 | May Invoice | $2,602.61 |
| YACHTING REVOLUTION, LTD - EMAIL | 6/5/2018 | 6/5/2018 | Interest Charge assessed - 3753.94 | $3,753.94 |
| YACHTING REVOLUTION, LTD - EMAIL | 8/5/2018 | 8/5/2018 | Interest Charge assessed - 3734.76 | $3,734.76 |
| YACHTING REVOLUTION, LTD - EMAIL | 8/27/2018 | 8/27/2018 | Aug Invoice | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/5/2018 | 9/5/2018 | Interest Charge assessed - 3748.58 | $3,748.58 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/5/2018 | 11/5/2018 | Interest Charge assessed - 3865.02 | $3,865.02 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/19/2018 | 11/19/2018 | Nov Invoice | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 12/5/2018 | 12/5/2018 | Interest Charge assessed - 3806.8 | $3,806.80 |
| YACHTING REVOLUTION, LTD - EMAIL | 12/17/2018 | 12/17/2018 | Dec Invoice | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 1/14/2019 | 1/14/2019 | Jan Invoice | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 2/5/2019 | 2/5/2019 | Interest Charge assessed - 3851.2 | $3,851.20 |
| YACHTING REVOLUTION, LTD - EMAIL | 3/5/2019 | 3/5/2019 | Interest Charge assessed - 3909.42 | $3,909.42 |
| YACHTING REVOLUTION, LTD - EMAIL | 3/11/2019 | 3/11/2019 | STORAGE | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 4/3/2019 | 4/3/2019 | Interest Charge assessed - 3967.64 | $3,967.64 |
| YACHTING REVOLUTION, LTD - EMAIL | 4/8/2019 | 4/8/2019 | STORAGE-APRIL 2019 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 5/7/2019 | 5/8/2019 | Invoice #6726 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 6/3/2019 | 6/4/2019 | Invoice #7047 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 7/1/2019 | 7/2/2019 | Invoice #7446 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 7/1/2019 | 7/2/2019 | Interest Charge assessed | $4,055.84 |
| YACHTING REVOLUTION, LTD - EMAIL | 7/29/2019 | 7/30/2019 | Invoice #7808 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 8/5/2019 | 8/6/2019 | Interest Charge assessed | $4,172.28 |
| YACHTING REVOLUTION, LTD - EMAIL | 8/26/2019 | 8/27/2019 | Invoice #8152 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/4/2019 | 9/5/2019 | Interest Charge assessed | $4,230.50 |
| YACHTING REVOLUTION, LTD - EMAIL | 9/23/2019 | 9/24/2019 | Invoice #8529 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/2/2019 | 10/3/2019 | Interest Charge assessed | $4,288.72 |
| YACHTING REVOLUTION, LTD - EMAIL | 10/21/2019 | 10/22/2019 | Invoice #8825 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/6/2019 | 11/7/2019 | Interest Charge assessed | $4,346.94 |
| YACHTING REVOLUTION, LTD - EMAIL | 11/18/2019 | 11/19/2019 | Invoice #9271 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 12/4/2019 | 12/5/2019 | Interest Charge assessed | $4,405.16 |
| YACHTING REVOLUTION, LTD - EMAIL | 12/16/2019 | 12/17/2019 | Invoice #9732 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 1/8/2020 | 1/9/2020 | Interest Charge assessed | $4,463.38 |
| YACHTING REVOLUTION, LTD - EMAIL | 1/13/2020 | 1/14/2020 | Invoice #10023 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 2/10/2020 | 2/11/2020 | Interest Charge assessed | $4,521.60 |
| YACHTING REVOLUTION, LTD - EMAIL | 2/17/2020 | 2/18/2020 | Invoice #10272 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 3/11/2020 | 3/12/2020 | Interest Charge assessed | $4,579.82 |
| YACHTING REVOLUTION, LTD - EMAIL | 3/17/2020 | 3/18/2020 | Invoice #10540 | $3,881.31 |
| YACHTING REVOLUTION, LTD - EMAIL | 4/2/2020 | 4/3/2020 | Interest Charge assessed | $4,638.04 |
| YACHTING REVOLUTION, LTD - EMAIL | 4/13/2020 | 4/14/2020 | Invoice #10804 | $3,881.31 |

| | | | Total Amount Due $ | 394,990 |
|---|---|---|---|---|
| | | | Old NEB Portion $ | 337,222 |
| | | | Safe Harbor Portion $ | 57,768 |