AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### District of Rhode Island

| | | |
|---|---|---|
| NEW ENGLAND BOATWORKS, INC. and SHM NEB, LLC d/<br>b/a SAFE HARBOR NEW ENGLAND BOATWORKS<br><br>*Plaintiff(s)*<br>v.<br><br>AURORA, a 2008 67-foot Uniesse Marine SRL motor yacht<br>(Official # 1209706), its engines, generators, electronics,<br>ackle, tender, furnishings, contents, storage containers, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 20-cv-00189-MSM-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Marc Trachtenberg
> 12 East 44th Street, 5th Fl
> New York, NY 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Fulweiler llc
> W.B. Franklin Bakery Building
> 40 Mary Street, First Fl. - Aft
> Newport, RI 02840
> Tel: 401-667-0977 / Email: john@saltwaterlaw.com
> Attn: John K. Fulweiler

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 30, 2020**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   20-cv-00189-MSM-PAS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Marc Trachtenberg
was received by me on *(date)*   July 10, 2020 .

[X] I personally served the summons on the individual at *(place)*   200 Brewer Hill Road
New Marlborough, MA                            on *(date)*   July 13, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____                            on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  July 17, 2020

_____
*Server's signature*

Korey E. Humphreys  Process Server
*Printed name and title*

60 Washington Street, Ayer, MA 01432
*Server's address*

Additional information regarding attempted service, etc: