UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW ENGLAND BOATWORKS INC, et al </br>     Plaintiff, </br></br> v. </br></br> AURORA </br>     Defendant. | C.A. No. 20-cv-00189 -MSM-PAS |

ORDER

Mary S. McElroy, United States District Judge.

Before the Court is the Plaintiff's Motion for an Expedited Order of Removal and Other Relief (ECF No. 60) to enforce the provisions of the Settlement Agreement previously entered into by the parties to this action (ECF No. 59). By Report and Recommendation ("R&R") issued on November 10, 2021, Magistrate Judge Patricia A. Sullivan, who convened an expedited hearing in this matter, recommended that the removal provision of the settlement agreement be enforced (ECF No. 68). The Court has not received any objection to the Report and Recommendation and the time for filing any objection has passed. Because no timely objection to the Magistrate Judge's Report and Recommendation has been filed, the Court assumes that the parties agree to the recommendation. *See Templeman v. Chris Craft Corp.*, 770 F.245, 247 (1st Cir. 1985). Accordingly, this Court need not engage in de novo review and instead reviews the R&R for plain error. *Douglass v. United Servs. Auto, Ass'n*,

79 F.3d 1415, 1419 (5th Cir. 1996) (*en banc*)(extending "plain error" standard of review to the unobjected to legal conclusions of a magistrate judge).

Having reviewed the Report and Recommendation, and finding no error, the Court adopts the findings of fact and conclusions of law in total for the reasons stated therein. Therefore, the Plaintiff's motion to enforce (ECF. No. 60) is GRANTED and the Order set forth in the Report and Recommendation is entered.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
December 13, 2021